**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 271 EAL 2019

           Respondent               :

                                           :    Petition for Allowance of Appeal from

                                           :    the Order of the Superior Court

           v.                       :

                                           :

KHALIL BURNETT,                   :

                                           :

           Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.